1412

*Wednesday, September 20, 2000*

## MERIT DOCKET

**00–627.  Westside Cellular, Inc. v. Pub. Util. Comm.**
Public Utilities Commission, No. 97–1700–TP–COI. On motion for leave to intervene by the Ameritech Entities, motion to dismiss, and motion for leave to intervene by Verizon Wireless. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, F.E. SWEENEY, COOK and LUNDBERG STRATTON, JJ., concur.

PFEIFER, J., dissents, would deny the motion to dismiss, and would grant the motions for leave to intervene.

RESNICK, J., not participating.

**00–1226.  State ex rel. Hamilton v. Franklin Cty. Court of Common Pleas.**
In Procedendo. On complaint in procedendo by Sidney S. Hamilton. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

LUNDBERG STRATTON, J., dissents and would grant the writ.

**00–1319.  State ex rel. Bussey v. Cuyahoga Cty. Common Pleas Court.**
In Mandamus. On motion to dismiss or, in the alternative, motion for summary judgment and on answer of respondent. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1392.  Bair v. Brooks.**
In Habeas Corpus. On petition for writ of habeas corpus by Jonathan D. Bair. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1398.  Daniels v. Montgomery.**
In Habeas Corpus. On petition for writ of habeas corpus by Andrew Daniels. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1427.  Gilmore v. Mitchell.**
In Habeas Corpus. On petition for writ of habeas corpus by Marlon Gilmore. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1468.  State ex rel. Green v. Kinkela.**
In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1514.  Nash v. McFaul.**
In Habeas Corpus. On petition for writ of habeas corpus by Timothy M. Nash. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.